IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS JAMES, | No. 2:12-CV-1031-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| NEVADA COUNTY, et al., | |
|     Defendants. | |

       Plaintiff, a prisoner proceeding pro se, has filed a complaint under 42 U.S.C. § 1983. Plaintiff consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party was been served or appeared in the action. Final judgment was entered on August 9, 2012. Pending before the court is plaintiff's second motion for reconsideration (Doc. 15).

       In his second motion for reconsideration, plaintiff seeks review of the court's August 9, 2012, final judgment by a District Judge. Because plaintiff consented to Magistrate Judge jurisdiction, however, no District Judge was or will be assigned to this action. Plaintiff may seek review by the Ninth Circuit Court of Appeals.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for reconsideration (Doc. 15) is denied; and
2. This action remains closed.

DATED: October 9, 2012

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE